| | |
|---|---|
| 1 | **CARLSON & COHEN, LLP** |
| | **ROBERT J. CARLSON** (STATE BAR NO. 65393) |
| 2 | **A PROFESSIONAL CORPORATION** |
| | **MORGAN M. HALFORD** (STATE BAR NO. 284185) |
| 3 | 16133 VENTURA BOULEVARD, SUITE 1175 |
| | ENCINO, CALIFORNIA 91436-2415 |
| 4 | TELEPHONE: (818) 986-4979   FACSIMILE: (818) 995-7335 |
| | EMAIL: RJCARLSON@MINDSPRING.COM |
| 5 | MHALFORD@CARLSONCOHEN.COM |

Attorneys for Padilla Properties, LLC

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY BOUYER, an individual, | **CASE NO: 2:20-cv-02916-PA-MAA** |
| Plaintiff, | **DISCLOSURE STATEMENT OF DEFENDANT PADILLA PROPERTIES, LLC [Fed. Rule Civ. Proc. 7.1]** |
| vs. | |
| PADILLA PROPERTIES, LLC, a California limited liability company; and DOES 1-10, inclusive, | |
| Defendants | |

**TO THE HONORABLE COURT AND TO ALL INTERESTED PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to Rule 7.1 of the *Federal Rules of Civil Procedure*, the undersigned, as counsel for Defendant PADILLA PROPERTIES, LLC, hereby states that Padilla Properties, LLC is a limited liability company. It is not a corporation and therefore is not a "governmental corporate party" for the purposes of Rule 7.1. Rule 7.1 therefore does not require any disclosures with respect to it.

///

| | | |
|---|---|---|
| Dated: April 29, 2019 | | CARLSON & COHEN, LLP |
| | By | /s/ Morgan M. Halford, Esq.<br>MORGAN M. HALFORD, ESQ.<br>Attorneys for Defendant Padilla Properties, LLC |